## United States District Court
## Violation Notice

**CVB Location Code:** OR23

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBHZ00B0 | Mireles | 2342 |

FBHZ00B0

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/24/2021 17:05
**Offense Charged:** FED 36 CFR 261.54D

**Place of Offense:** NF-48 AND GATE CREEK

**Offense Description: Factual Basis for Charge:** OPERATING AN ATV IN VIOLATION OF ORS 821.190

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| BLEVINS | ROBERT | |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐    Juvenile ☐    Sex: M ☐ F ☐    Race:    Hair:    Eyes:    Height:    Weight:

### VEHICLE

**VIN:**    CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 150.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 180.00 | Total Collateral Due |

**PAY THIS AMOUNT**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBHZ00B0

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____09/24/2021_____ while exercising my duties as a law enforcement officer in the _____ District of _____OR_____

I state on September 24, 2021 at approximately 17:45 hours, I, Officer J. MIRELES, was exercising my duties as a Law Enforcement Officer on the Mt. Hood National Forest, Barlow Ranger District in the Judicial District of Oregon. While on routine patrol around Gate Creek, National Forest (NF-48 Road). I saw three males operating All-Terrain Vehicles (ATVs) on NF-48 road (Highway Legal vehicles only). Law Enforcement Officer (LEO) Marquez and I conducted a traffic stop by activating our red and blue lights in our fully mark U.S Forest Service law enforcement patrol vehicles. I told each male they cannot operate their ATVs on a paved road (non-designated for ATVs, Street Legal only). I identified the male by his name and date of birth as ROBERT BLEVINS. I issued ROBERT BLEVINS a verbal warning for violation 36 CRF 261.15 (i) "Using an off-road vehicle without a valid license as required by ORS 821.172, operating a Class I ATV without an ATV safety education card." I personally issued ROBERT BLEVINS a violation notice #FBHZ0043 for; 36 CRF 261.54 (d) "OPERATING AN ATV IN VIOLATION OF ORS 821.190." Evidence: body camera footage, photographs.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____09/24/2021_____
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident